# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **STEVEN M. WILSON, O.D.,**<br><br>  Plaintiff,<br>v.<br><br>**SPECTERA, INC.,**<br><br>  Defendant. | Civil Action 7:10-CV-154 (HL) |
| **SPECTERA, INC.,**<br><br>  Plaintiff,<br>v.<br><br>**STEVEN M. WILSON, O.D., P.C., STEVEN M. WILSON, O.D., NANCY G. JOHNSON, O.D., CYNTHIA J. McMURRAY, O.D., and JODIE E. SUMMERS, O.D.,**<br><br>  Defendants. | Civil Action 7:11-CV-2 (HL) |

**ORDER**

The parties are ordered to maintain the status quo until the Court rules on the Motion to Remand (Doc. 6) pending in Civil Action No. 7:10-CV-154 and the Motion to Dismiss (Doc. 9) pending in Civil Action No. 7:11-CV-2. At the time the Court rules on these two motions, the 60-day clock will re-start for the termination of the provider contract. The parties are to complete briefing of the jurisdictional motions as provided by the Local Rules.

**SO ORDERED**, this the 24th day of February, 2011.

            *s/ Hugh Lawson*
mbh            **HUGH LAWSON, SENIOR JUDGE**